IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD STICKNEY,<br><br>    Plaintiff,<br><br>  v.<br><br>PRIMO'S PIZZA AND PASTA, INC., *et al*.<br><br>    Defendants.<br>_____/ | No. C 03-05720 JSW<br><br>**ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE AND ORDERING FURTHER JOINT MANAGEMENT CONFERENCE STATEMENT** |

On September 16, 2004 the parties in the above captioned matter filed a proposed order and consent decree, which this Court signed on September 23, 2004. The consent decree resolved Plaintiff's claims for injunctive relief, but not Plaintiff's claims for damages or for attorneys' fees. The consent decree provided that Plaintiff's claims for statutory, actual, treble and personal injury damages and for attorneys' fees "will be the subject of further negotiation, litigation, or motion to the court." (Consent Decree, ¶ 8.) To date the parties have not filed any stipulation or motion with respect to these claims. Accordingly, the parties are HEREBY ORDERED to appear for a further case management conference on July 1, 2005 at 1:30 p.m. The parties should be prepared to address the status of Plaintiff's claims for damages and for attorneys' fees. The parties are FURTHER ORDERED to submit a further joint case

///

///

///

management statement that complies with this Court's Standing Orders by no later than June 24, 2005.

**IT IS SO ORDERED.**

Dated: May 11, 2005        /s/ Jeffrey S. White
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE