PAUL L. REIN, Esq. (SBN 43053)
PATRICIA BARBOSA, Esq. (SBN 125865)
JULIE MCLEAN, Esq. (SBN 215202)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Dr., Suite A
Oakland, CA 94612
(510) 832-5001

Attorney for Plaintiff:
RICHARD STICKNEY

JEWEL KOLLING BASSE, Esq. (SBN 056516)
RONALD F. BERESTKA, JR., Esq. (SBN 155707)
BRETT T. MORONEY, Esq. (SBN 199795)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
(415) 986-5900

Attorney for Defendants:
PRIMO'S PIZZA AND PASTA, INC.;
RHODES FAMILY TRUST DATED MAY 9, 2003;
JOHN R. RHODES; ROBERT BRILL;
DONNA BRILL

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD STICKNEY, | CASE NO. C03-5720 JSW |
| Plaintiff, | <u>Civil Rights</u> |
| v. | **STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL** |
| PRIMO'S PIZZA AND PASTA, INC.; RHODES FAMILY TRUST DATED MAY 9, 2003; JOHN R. RHODES; ROBERT BRILL; DONNA BRILL; and DOES 1 through 25, Inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED BY ALL PARTIES THROUGH THEIR COUNSEL OF RECORD AS FOLLOWS:

1. The parties have reached a settlement as to all of plaintiff's claims for injunctive relief, damages, attorney

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

Stipulation and [~~Proposed~~] Order of
Dismissal: Case No. C03-5720 JSW
— 1 —
s:\jm\cases\p\primo's\pleadings\stip for dismissal.doc

fees, litigation expenses and costs. The agreement as to injunctive relief has been memorialized in a separate Consent Decree and Order which was signed by the Court on September 23, 2004. The agreement on damages, attorney fees, litigation expenses and costs was put on the record by Magistrate Judge Joseph C. Spero at the settlement conference of September 15, 2004.

    2. The payment of damages and attorney fees has been made by defendants, and by the terms of the Consent Decree and Order, the Court has retained continuing jurisdiction to enforce the injunctive relief terms.

    3. The parties therefore agree that, subject to the court's continuing jurisdiction under the Consent Decree, the action shall be dismissed with prejudice.

Dated: May 12, 2005    PAUL L. REIN
PATRICIA BARBOSA
JULIE MCLEAN
LAW OFFICES OF PAUL L. REIN


/s/ Julie McLean
Attorneys for Plaintiff
RICHARD STICKNEY

Dated: May 12, 2005    JEWEL KOLLING BASSE
RONALD F. BERESTKA, JR.
BRETT T. MORONEY
GORDON & REES LLP


/s/ Brett Moroney
Attorneys for Defendants
PRIMO'S PIZZA AND PASTA, INC.;
JOHN R. RHODES

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Stipulation and [Proposed] Order of Dismissal: Case No. C03-5720 JSW**

— 2 —

s:\jm\cases\p\primo's\pleadings\stip for dismissal.doc

## ORDER

Pursuant to stipulation, and for good cause shown, **IT IS SO ORDERED.** The Court will retain jurisdiction to enforce the Consent Decree and Order, and the action is hereby dismissed.

Dated: May 12, 2005

/s/ Jeffrey S. White
_____
Hon. Jeffrey S. White
U.S. District Judge

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

Stipulation and [Proposed] Order of
Dismissal: Case No. C03-5720 JSW

— 3 —

s:\jm\cases\p\primo's\pleadings\stip for dismissal.doc